IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02152-OES

CHRISTOPHER SCARVER, (And all Similarly Situated Prisoners),

    Plaintiff,

v.

LARRY REID,
RON LEYBA,
ANTHONY DECESARO, and
UNKNOWN OFFICIALS/JOHN DOES 1-100,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 29 2005

GREGORY C. LANGHAM
CLERK

## ORDER TO CLARIFY, TO GRANT EXTENSION, AND TO DENY MOTION FOR TYPEWRITER

On December 21, 2005, Plaintiff filed a "Motion for Clarification on Order," a "Motion for Court Order for Typewriter Use," and a "Motion for Time Extension."

In the Motion for Clarification, Plaintiff asks if he were to voluntary omit two of the eleven claims he raises, apparently the claims in which grievance paper work has been misplaced, would the Complaint still be dismissed. He also asks if he could temporarily place the case on hold until he finds the missing grievances.

In response to Plaintiff's inquiry, Plaintiff may elect to amend his Complaint "once as a matter of course at any time before a responsive pleading" pursuant to Fed. R. Civ. P. 15(a). Furthermore, as Plaintiff was instructed in the Court's December 6, 2005, Order, all claims he raises in an Amended Complaint must be exhausted. Plaintiff should take note, however, that only the claims asserted in an Amended Complaint will be considered by the Court.

As for Plaintiff's request that the case temporarily be placed on hold, the Court will grant Plaintiff's Motion for an extension of time. With respect to Plaintiff's request

that the Court direct Defendant Reid to provide him with a typewriter, the request will be denied. Plaintiff does not have a constitutional right to the use of a typewriter. Accordingly, it is

ORDERED that Plaintiff's "Motion for Clarification on Order," filed December 21, 2005, is GRANTED and clarification is provided as stated above. It is

FURTHER ORDERED that Plaintiff's "Motion for Court Order for Typewriter Use," filed December 21, 2005, is DENIED. It is

FURTHER ORDERED that Plaintiff's "Motion for Time Extension," filed December 21, 2005, is granted. Plaintiff shall have until February 10 to file an Amended Complaint. It is

FURTHER ORDERED that if Plaintiff fails within the time allowed to file an original and sufficient copies of an Amended Complaint that complies with the Court's December 6, 2005, Order the Complaint and action will be dismissed without further notice.

DATED at Denver, Colorado, this 29 day of December, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02152-OES

Christopher Scarver
Prisoner No. 117801
Colorado State Penitentiary
PO Box 777
Canon City, CO 81215- 0777

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 12/29/05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk