IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02152-OES

CHRISTOPHER SCARVER, (And all Similarly Situated Prisoners),

    Plaintiff,

v.

LARRY REID,
RON LEYBA,
ANTHONY DECESARO, and
UNKNOWN OFFICIAL/JOHN DOES 1-100,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN -5 2006

GREGORY C. LANGHAM
              CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

    This matter before the Court is the request Plaintiff filed with the Court, on January 3, 2006, requesting that the Court direct the warden to provide copies of Plaintiff's grievances to him and an extension of time to apparently comply with the Court's December 29, 2005, Order.

    The Court DENIES Plaintiff's request that the Court direct the warden to provide copies of his grievances. Plaintiff may either provide copies of his grievances or describe each grievance with specificity including the subject of the grievance, when he filed the grievance, and how he exhausted the grievance. As for an extension of time, Plaintiff has until January 29 to comply with the Court's December 29 Order. Plaintiff's request for an extension of time is DENIED as premature. Plaintiff may request an extension at a later date once he attempts to comply with the December 29 Order and determines he will not make the January 29 deadline.

    If Plaintiff fails to comply with the Court's December 29 Order or in the alternative fails to request a timely extension if he determines he will not make the January 29

deadline, once he has attempted to comply, the Complaint and action will be dismissed without further notice.

Dated: January 5, 2006

---

Copies of this Minute Order mailed on January 5, 2006, to the following:

Christopher Scarver
Prisoner No. 117801
Colorado State Penitentiary
PO Box 777
Canon City, CO 81215- 0777

_____
Secretary/Deputy Clerk