IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02152-BNB

CHRISTOPHER SCARVER, (And Similarly Situated),

   Plaintiff,

v.

LARRY REID, and
JOHN DOES 1-100,

   Defendants.

```
                        FILED
              UNITED STATES DISTRICT COURT
                   DENVER, COLORADO

                    FEB 1 6 2006

                GREGORY C. LANGHAM
                                CLERK
```

---

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

   Plaintiff filed a Motion For Clarity with the Court, on February 13, 2006. The Clerk of the Court is directed to send to Plaintiff copies of exhibits he attached to the Complaint filed October 26, 2005, and to the Amended Complaint filed January 23, 2006. The Clerk of the Court also is directed to send to Plaintiff a copy of the Docket Report in the instant case. The Docket Report indicates the dates payments were received by the Court. Plaintiff's February 13 Motion, therefore, is DENIED as moot.

Dated: February 16, 2006

---

Copies of this **Minute Order, copies of Attachments, and the Docket Report** were mailed on February 16, 2006, to the following:

Christopher Scarver
Prisoner No. 117801
Colorado State Penitentiary
PO Box 777
Canon City, CO 81215- 0777

_____
Secretary/Deputy Clerk