IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02152-BNB

CHRISTOPHER SCARVER,

    Plaintiff,

v.

KATHERINE SANGUINETTI,
DONA K. ZAVISLAN,
THIBADEAU,
TWILLEGER,
CECIL,
FLORES,
FOSTER, and
JOHN DOE 1-100,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 9 2006

GREGORY C. LANGHAM
CLERK

## ORDER

On May 31, 2006, Plaintiff filed a "Motion for Clarification (Permission to File 3rd Amend Complaint if 2nd is Unacceptable)." The Court construes the Motion for Clarification as a Motion to File a Third Amended Complaint. Plaintiff has had two opportunities to amend his Complaint. As the Court noted in the May 31, 2006, Order that denies Plaintiff leave to proceed pursuant to 28 U.S.C. § 1915, he elected to abandon his mental health claim in the Second Amended Complaint. The mental health claim was the only claim that possibly could support Plaintiff's statement in the Prisoner's Motion and Affidavit form he filed on October 18, 2005, that he is in imminent danger of serious physical injury. It now has been at least seven months since Plaintiff filed the original Complaint and asserted mental health claims. He obviously is not in imminent danger since during the seven months he elected to drop the mental health claim.

Even if Plaintiff had tendered a Third Amended Complaint with the Motion to File a Third Amended Complaint, the Court finds that he is not in imminent danger, and he is required to pay the filing fee in full under 28 U.S.C. § 1915(g).

The Court further notes that Plaintiff claims in the Motion that he is subject to a page limitation. Plaintiff was directed, on December 6, 2006, by Magistrate Judge O. Edward Schlatter, to refrain from writing in small print. He has not been instructed that he is allowed only a certain number of pages in which to present his claims. Accordingly, it is

ORDERED that Plaintiff's Motion for Clarification, filed May 31, 2006, is construed as a Motion to File a Third Amended Complaint and is DENIED. It is

FURTHER ORDERED that Plaintiff is reminded he is required to pay the balance of the $250.00 filing fee by June 30, 2006.

DATED at Denver, Colorado, this __8__ day of ___June___, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02152-BNB

Christopher Scarver
Prisoner No. 117801
Colorado State Penitentiary
PO Box 777 – B-1-22
Canon City, CO 81215- 0777

   I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6/9/06

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk